# EXHIBIT B
# PROPOSED TO BE FILED UNDER SEAL