# EXHIBIT C
# PROPOSED TO BE FILED UNDER SEAL