# EXHIBIT F
# PROPOSED TO BE FILED UNDER SEAL