IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILDFIRE PRODUCTIONS, L.P., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:21-cv-01867-MJH |
| FENWAY SPORTS GROUP, LLC, and FENWAY SPORTS GROUP HOCKEYCO, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

Plaintiff Wildfire Productions, LP ("Wildfire") and Defendants Fenway Sports Group, LLC, and Fenway Sports Group HockeyCo, LLC, (collectively "Fenway") hereby submit this Joint Status Report.

As directed by the Court, *see* Opinion and Order granting stay of proceedings dated March 11, 2022 (ECF No. 59), the parties advise the Court that on June 29, 2022, the Delaware Chancery Court granted the NHL's Motion to Compel Arbitration before the NHL Commissioner and dismissed the Delaware Litigation brought by Wildfire. A copy of the Chancery Court Memorandum Opinion is appended. Wildfire plans to appeal the Delaware Chancery Court's Order to the Delaware Supreme Court.

| | |
|---|---|
| */s/ Robert M. Barnes* <br> Daniel H. Shapira <br> Robert M. Barnes <br> Daniel J. Stuart <br> MARCUS & SHAPIRA LLP <br> One Oxford Centre, 35th Floor <br> 301 Grant Street <br> Pittsburgh, PA 15219 <br> Telephone: (412) 471-3490 <br> Facsimile: (412) 391-8758 <br> *Attorneys for Plaintiff* | */s/ Stephen J. Del Sole* <br> Stephen J. Del Sole <br> DEL SOLE CAVANAUGH STROYD LLC <br> 3 PPG Place, Suite 600 <br> Pittsburgh, PA 15222 <br> Telephone: (412) 261-2393 <br> Facsimile: (412) 261-2110 <br> *Attorneys for Defendants* |

Dated: July 5, 2022