# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILDFIRE PRODUCTIONS, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> FENWAY SPORTS GROUP, LLC and FENWAY SPORTS GROUP HOCKEYCO, LLC, <br><br> Defendants. | Case No. 2:21-cv-01867-MJH |

## JOINT STATUS REPORT

As directed by the Court, *see* Text Order dated July 19, 2022 (ECF 63), the undersigned parties hereby submit this Joint Status Report.

The parties have reached a settlement of all outstanding disputes between them and their agreements are pending approval by the NHL. To allow the parties time to obtain NHL approval, satisfy all conditions and close the transactions contemplated by their agreements, the parties jointly request that the stay of this action remain in place for an additional 90 days at which point the parties will file another joint status report. If NHL approval is obtained and the transactions and other conditions contemplated therein are closed and resolved before the expiration of the 90 days the parties will take appropriate action in accordance with their agreements including the dismissal of this action.

Dated: October 18, 2022

Respectfully submitted,

*/s/ Robert M. Barnes*
Daniel H. Shapira (PA ID 11182)
shapira@marcus-shapira.com
Robert M. Barnes (PA ID 58655)
rbarnes@marcus-shapira.com
Daniel J. Stuart (PA ID 321011)
stuart@marcus-shapira.com

MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Attorneys for Plaintiff*

*/s/ Stephen J. Del Sole*
Stephen J. Del Sole (PA ID 73460)
sdelsole@dscslaw.com
Del Sole Cavanaugh Stroyd LLC
3 PPG Place, Suite 600
Pittsburgh, PA 15222
Telephone: (412) 261-2393
Facsimile: (412) 261-2110

Alan S. Goudiss (*pro hac vice*)
Paula H. Anderson (*pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000

*Attorneys for Defendants*


*/s/ Gary P. Hunt*
Gary P. Hunt (PA ID 23556)
ghunt@tuckerlaw.com
Christopher W. Cahillane (PA ID 75977)
ccahillane@tuckerlaw.com
1500 One PPG Place
Pittsburgh PA 15222
(412) 566-1212
(412) 594-5593 (fax)

*Attorneys for National Hockey League*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2022, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

*/s/ Robert M. Barnes*
Robert M. Barnes