# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILDFIRE PRODUCTIONS, L.P., | ) |
| Plaintiff, | ) Case No. 2:21-cv-01867-MJH ) ) |
| vs. | ) ) |
| FENWAY SPORTS GROUP, LLC and FENWAY SPORTS GROUP HOCKEYCO, LLC, | ) ) ) ) |
| Defendants. | ) |

## **STIPULATION OF DISMISSAL**

The parties to the above-captioned civil litigation, by and through their counsel and pursuant to their Confidential Settlement Agreement and Release dated October 20, 2022 (the "Settlement Agreement") and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this civil action. The Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement.

Dated: December 14, 2022

Respectfully submitted,

*/s/ Robert M. Barnes*
Daniel H. Shapira (PA ID 11182)
shapira@marcus-shapira.com
Robert M. Barnes (PA ID 58655)
rbarnes@marcus-shapira.com
Daniel J. Stuart (PA ID 321011)
stuart@marcus-shapira.com
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Attorneys for Plaintiff*

*/s/ Stephen J. Del Sole*
Stephen J. Del Sole (PA ID 73460)
sdelsole@dscslaw.com
Del Sole Cavanaugh Stroyd LLC
3 PPG Place, Suite 600
Pittsburgh, PA 15222
Telephone: (412) 261-2393
Facsimile: (412) 261-2110

Alan S. Goudiss (*pro hac vice*)
Paula H. Anderson (*pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000

*Attorneys for Defendants*


*/s/ Gary P. Hunt*
Gary P. Hunt (PA ID 23556)
ghunt@tuckerlaw.com
Christopher W. Cahillane (PA ID 75977)
ccahillane@tuckerlaw.com
1500 One PPG Place
Pittsburgh PA 15222
(412) 566-1212
(412) 594-5593 (fax)

*Attorneys for National Hockey League*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

                                                  */s/ Robert M. Barnes*
                                                  Robert M. Barnes