**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILDFIRE PRODUCTIONS, L.P., | ) | |
| | ) | Case No. 2:21-cv-01867-MJH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FENWAY SPORTS GROUP, LLC and | ) | |
| FENWAY SPORTS GROUP | ) | |
| HOCKEYCO, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

The parties to the above-captioned civil litigation, by and through their counsel and pursuant to their Confidential Settlement Agreement and Release dated October 20, 2022 (the "Settlement Agreement") and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this civil action. The Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement.

Dated: December 14, 2022

Respectfully submitted,

*/s/ Robert M. Barnes*
Daniel H. Shapira (PA ID 11182)
shapira@marcus-shapira.com
Robert M. Barnes (PA ID 58655)
rbarnes@marcus-shapira.com
Daniel J. Stuart (PA ID 321011)
stuart@marcus-shapira.com
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Attorneys for Plaintiff*

It is so ordered this 14th day of December 2022.

Marilyn J. Horan
United States District Judge